**Order entered May 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00872-CV

### IN THE INTEREST OF L.M.C AND E.H.C., CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-54113-2010**

## ORDER

We **GRANT** appellant's May 9, 2014 second motion for an extension of time to file a brief. Appellant shall file his brief on or before **June 2, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    ADA BROWN
        JUSTICE